

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00307-CR

Thomas Edward **KUNKEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR1566
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 25, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice